## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ASUNCION R. SANCHEZ,                )
                                    )
                Petitioner,         )
                                    )
v.                                  )      Civil Action No. 08-274-SLR
                                    )
PERRY PHELPS,                       )
Warden, and ATTORNEY                )
GENERAL OF THE STATE                )
OF DELAWARE,                        )
                                    )
                Respondents.        )

## O R D E R

WHEREAS, you have filed a form application and papers for federal

habeas corpus relief pursuant to 28 U.S.C. § 2254; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996

("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or

subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has

mandated that, before ruling on the merits of a your petition, you must be given notice

that the AEDPA applies to your pending petition, see United States v. Miller, 197 F.3d

644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this _2nd_ day of _June_,

2008, that you must file the attached election form with the court on or before

_July 17, 2008_. Failure to timely return the completed election form will result in

the court's ruling on your pending petition as filed.

United States District Judge

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ASUNCION R. SANCHEZ,              )
                                  )
            Petitioner,           )
                                  )
v.                                )          Civil Action No. 08-274-SLR
                                  )
PERRY PHELPS,                     )
Warden, and ATTORNEY              )
GENERAL OF THE STATE              )
OF DELAWARE,                      )
                                  )
            Respondents.          )

## AEDPA ELECTION FORM

1. _____        I wish the court to rule on my § 2254
                    petition as currently pending.  I realize
                    that the law does not allow me to file
                    successive or later petitions unless I
                    receive certification to do so from the
                    United States Court of Appeals for the
                    Third Circuit; therefore, this petition
                    will be my one opportunity to seek federal
                    habeas corpus relief.

2. _____        I wish to amend my § 2254 petition to
                    include all the grounds I have.  I will
                    do so within thirty (30) days.  I realize
                    that the law does not allow me to file
                    successive or later petitions unless I
                    receive certification to do so from the
                    United States Court of Appeals for the
                    Third Circuit; therefore, this amended
                    all-inclusive petition will be my one
                    opportunity to seek federal habeas corpus
                    relief.

3. _____   I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief. I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d). See Swartz v. Meyers,
204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus
relief under § 2254. I am instead seeking
relief under _____.

_____
Petitioner