D.I. #_____

# CIVIL ACTION
# NUMBER: 08cv274 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.85 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.75 |

Sent To: WARDEN PERRY PHELPS
           DELAWARE CORRECTIONAL CENTER
Street, Apt. No.; or PO Box No.: 1181 PADDOCK ROAD
City, State, ZIP+4: SMYRNA DE 19977

PS Form 3800, August 2006       See Reverse for Instructions

7007 2680 0003 3008 5209