D.I. #_____

# CIVIL ACTION
# NUMBER: 08-274   SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elizabeth Burns
   WARDEN PERRY PHELPS
   DELAWARE CORRECTIONAL CENTER
   1181 PADDOCK ROAD
   SMYRNA DE 19977

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  c/o D Hoof    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   c/o D HOOFNAGLE

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 2680 0003 3008 5209

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540