D.I. # _____

# CIVIL ACTION
# NUMBER: ___08-274_____SLR____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LOREN MEYERS
   DEPUTY ATTORNEY GENERAL
   DEPARTMENT OF JUSTICE
   820 N. FRENCH STREET
   WILMINGTON, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   7007 3020 0002 3321 4356

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540